AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT FILED

## for the

2012 JUN 11 AM 9: 48

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| United States of America | ) | |
| v. | ) | Case No. |
| Elizabeth MENDOZA | ) | A 12-m-403 |
| | ) | BY _____ |
| | ) | DEPUTY |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 8, 2012__ in the county of __Williamson__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with the intent to distribute methamphetamine to wit: 19 kilograms |

This criminal complaint is based on these facts:

See attachment.

[x] Continued on the attached sheet.

_____
Complainant's signature

Andre Mason, DEA Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __06-11-2012__

_____
Judge's signature

City and state: __Austin, Texas__

Mark Lane, U.S. Magistrate Judge
Printed name and title

# **Arrest Affidavit**

1. On June 8, 2012, at approximately 10:30 am, Williamson County Sheriff Deputy Matthew Hartgrove observed a black 2008 Honda Ridge Line bearing Texas license plate #DG4-P725 traveling northbound on IH-35 in Gerald, Texas and commit the traffic violation of following a vehicle too closely. Deputy Hartgrove subsequently conducted a traffic stop for the violation on IH-35 near exit 274. Deputy Hartgrove approached the driver side of the Honda and identified the driver by a Texas Driver's license as Elizabeth MENDOZA. The Honda also came back registered to Elizabeth MENDOZA at 6301 Casa Del Sol Lot 149, Laredo, Texas 78043.

2. Once out of the vehicle, Deputy Hartgrove asked MENDOZA if she had ever been arrested and MENDOZA stated she had not. Deputy Hartgrove then checked MENDOZA's driver license and her criminal history and learned that MENDOZA had been arrested by DEA Laredo Agents in November of 2001 for over 50 kilograms of marijuana. A check of MENDOZA also revealed that MENDOZA had several crossings into the United Stated from Mexico. Based on the inconsistent statement of her criminal history, several crossings into the United Stated from Mexico, and other drug trafficking indications, Deputy Hartgrove asked MENDOZA for verbal permission to search the vehicle for drugs or weapons, which MENDOZA freely gave.

3. Deputy Hartgrove then had his NNDDA certified K-9 (Bak) conduct a free air sniff on the outside of the Honda for narcotics. The K-9 subsequently gave a positive alert for the presence of narcotics to one of the sides of the Honda and the tail gate area. Based on the positive K-9 Alert, MENDOZA was escorted to RPM Tire Center located at 8580 W. IH-35 for a thorough inspection of the vehicle for narcotics. Once at the RPM Tire Center MENDOZA was detained by officers pending an inspection of the vehicle.

4. During the inspection of the Honda, Sgt. Gary Haston and Deputy Hartgrove located two metal hollow pipes running the length of both sides of the vehicle underneath the front and rear door frames. The hollow pipes were not installed by the manufacturer and were securely welded into the vehicle. Sgt. Haston and Deputy Hartgrove drilled the driver side pipe and observed a white powdery substance leak out, which tested positive for methamphetamine. Based on the positive test for methamphetamine, Deputies dismantled the traps on both sides of the Honda and seized 16 cylindrical bundles of methamphetamine from inside the pipes. Deputies seized eight bundles from each side of the vehicle. The 16 bundles of methamphetamine weighed approximately 19 kilograms.

5. DEA Special Agent Jason Johnston and TFO Dean Peterson arrived on the scene during the search of the vehicle and took custody of the methamphetamine, assorted paper documents, and transported MENDOZA to the Bastrop County Jail pending transfer to the United States Marshals Jail in Austin, Texas for MENDOZA's initial appearance. SA Johnston and TFO Peterson further transported the methamphetamine to the DEA Austin Resident Office where the

drugs were locked in the drug vault pending transfer to the South Central Laboratory for analysis.